Knickerbocker Trust Company, Respondent, v. Agnes E. Parsons, as Executrix, etc.; of John D. Parsons, Jr., Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Florence A. Grant v. Charles H. Grant, Respondent. T. Lloyd Hollister, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Order filed.

Jack's and Martin M. Frawley, Respondents, v. John Daly and Others, Appellants.— Motion denied, on payment of ten dollars, and on terms stated in memorandum per curiam. Order filed.

Josephine A. Habirshaw v. Thusnelda Isler and Others. (Actions Nos. 1, 2 and 3.) — Motions denied on condition that appellant serve and file its papers on appeal in time for the first Friday in February, 1907, in default of which the motion to dismiss appeal is granted, with ten dollars costs. Orders filed.

John Kingston and Others v. Hercules Realty Company and Others.— Motion denied, with ten dollars costs. Order filed.

John L. Dudley, Jr., v. Armenia Insurance Company of Pittsburgh, Penn.— Motion denied, with ten dollars costs. Order filed.

John L. Dudley, Jr., v. Armenia Insurance Company of Pittsburgh, Penn.— Motion denied, with ten dollars costs. Order filed.

Estelle E. R. Terrell v. Alan G. Terrell. Alan G. Terrell v. Estelle E. R. Terrell.— Motion denied. See memorandum.

Charles P. Hill v. John McKane and Others.— *Motion denied, without costs,* with leave to plaintiff to apply to the Special Term for an order fixing the time and place of the examination of the defe    nt as directed by the order for his examination. Order filed.

Helen S. Gwynne and Others v. James W. Leopold and Others.— Application granted. Order filed.

Belinda J. O'Rourke v. Board of Education.— Motion denied, with ten dollars costs. Order filed.

Belinda J. O'Rourke v. Board of Education.— Motion denied, with ten dollars costs. Order filed.

In the Matter of James G. Burnett and Others.— Motion granted and time extended to January 1, 1908. Order filed.

In the Matter of Vincent W. Woytisek, an Attorney. Petition of Lupinek. — Reference ordered. Settle order on notice.

In the Matter of Vincent W. Woytisek. Petition of Pracna. — Petition and charges dismissed. Order filed.

In the Matter of Henry W. Leonard, an Attorney.— Reference ordered. Settle order on notice.

Alice H. Sturges v. Ida J. Walker.— Motion denied, with ten dollars costs. Memorandum per curiam. Order filed.

---

## THIRD DEPARTMENT, DECEMBER, 1906.

George D. Adams, Appellant, v. The State of New York, Respondent.— Judgment affirmed, with costs. No opinion. All concurred, except Parker, P. J., not voting.

Clara P. Betts and Lucy G. Fuller, Appellants, v. The State of New York, Respondent. — Judgment affirmed, with costs. No opinion. All concurred, except Parker, P. J., not voting.

Peter Burns, Respondent, v. The Delaware and Hudson Company, Appellant. — Motion denied.

Fred Clausen, Respondent, v. Lloyd E. Ragan, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Maynard N. Clement, as State Commissioner of Excise of the State of New York, Respondent, v. Federal Union Surety Company, Impleaded with Thomas Lunan, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Maynard N. Clement, as State Commissioner of Excise of the State of New York, Appellant, v. Lorenzo Strecker and Others, Respondents.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, on